UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-00484JVS(ADSx) | Date | May 11, 2021 |
| Title | Bernadette Ranchigoda v Costco Wholesale Corporation, et al | | |

Present: The Honorable    James V. Selna

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff to Show Cause (OSC) in writing no later than **the close of business on May 18, 2021**, why this action should not be dismissed and/or sanctions imposed for lack of prosecution and/or for failure to participate in preparation of the Rule 26f report**.**

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

                                                                                                                      :  0

                                                                                      Initials of Preparer    lmb