# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 21-00484JVS(ADSx) | Date May 27, 2021 |
| Title Bernadette Ranchigoda v Costco Wholesale Corporation, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **[IN CHAMBERS] ORDER RE ORDER TO SHOW CAUSE**

On May 11, 2021 this Court issued an Order to Show Cause to plaintiff why this matter should not be dismissed and/or sanctions imposed for lack of prosecution and/or failure to participate in preparation of the Rule 26f Report. A response was due in writing no later than the close of business on May 18, 2021. To date no response has been filed.

The Court orders counsel for plaintiff to appear **in person** at a hearing on **June 14, 2021 at 10:00 a.m.** to show cause why this case should not be dismissed and/or sanctions imposed.

: 0

Initials of Preparer lmb