JS-6

1 | Maurice M. Javier, SBN:162255
Law Offices of Maurice M. Javier
2 | 1415 Brundage Lane
Bakersfield, CA 93304
3 | Tel:(818)247-9905
Fax:(866)369-3362
4 |
5 | Attorney for Plaintiff: Bernadette Ranchigoda

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Bernadette Ranchigoda, | ) Case No: 8:21-cv-00484-JVS-ADS |
| --- | --- |
| | ) Assigned to : District Judge Honorable |
| | ) James V. Selna |
| v. | ) |
| | ) Order Re OSC/Dismissal |
| | ) |
| Costco Wholesale Corporation, et al | ) Hearing Date: June 14, 2021 |
| | ) Time: 10:00 A.M |
| | ) Room: 10C |

    Plaintiff's attorney having the explained to the satisfaction of the court that there is sufficient legal and factual excuse for Attorney's failure to participate in the preparation of the Rule 26f Report, the court finds no grounds to impose sanctions against Plaintiff's attorney.  Order to Show Cause is DISCHARGED.

    Pursuant to Plaintiff's Request to Dismiss the case in its entirety, this case is hereby dismissed without prejudice. All parties shall bear their own costs.   Hearing set for 6/14/21 at 10:00 a.m. is VACATED.

    It is so ordered.

Dated: June 11, 2021

_____
Honorable James V. Selna,
U.S. District Judge

| | |
|---|---|
| 1 | |
| 2 | PROOF OF SERVICE BY E-MAIL |
| 3 | I, Maurice M. Javier, hereby declare that on June 10, 2021, at about 4:25 P.M., |
| 4 | I emailed the foregoing to: |
| 5 | RICHARD G. SOMES |
| 6 | JEFFREY R. LEIGHT<br>TYSON & MENDEZ, LLP |
| 7 | 17901 Von Karman Ave., Ste 600<br>Irvine, CA 92614 |
| 8 | Email: rsomes@tysonmendes.com<br>jleight@tysonmendes.com |

- 2 -